Stanton L. Stein No. 45997
Dreier Stein Kahan Browne Woods George LLP
The Water Garden
1620 26th Street, Sixth Floor, North Tower
Santa Monica, CA 90404
(310) 828-9050
(310) 828-9101 (fax)
Attorneys for Plaintiff
TOKYO BROADCASTING SYSTEM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKYO BROADCASTING SYSTEM, INC., a corporation registered in Japan,<br><br>PLAINTIFF(S)<br>V.<br><br>AMERICAN BROADCASTING COMPANIES, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-06550 SJO (CWx)<br><br><br>SUMMONS |

TO:DEFENDANT(S): <u>AMERICAN BROADCASTING COMPANIES, INC.</u>

   A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Stanton L. Stein</u>, whose address is <u>Dreier Stein Kahan Browne Woods George LLP, The Water Garden, 1620 26th Street, Sixth Floor, North Tower, Santa Monica, CA 90404</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: OCT - 6 2008

By: NATALIE LONGORIA
Deputy Clerk

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)   SUMMONS   American LegalNet, Inc.
www.USCourtForms.com