1  Stanton L. Stein, Esq. (SBN: 45997)
    lstein@linerlaw.com
2  Joseph R. Taylor, Esq. (SBN: 129933)
    jtaylor@linerlaw.com
3  Edward A. Klein, Esq. (SBN: 145736)
    eklein@linerlaw.com
4  Ashley R. Yeargan, Esq. (SBN: 259523)
    ayeargan@linerlaw.com
5  Masahisa Mitsunaga, Esq. (SBN: 261406)
    mmitsunaga@linerlaw.com
6  LINER GRODE STEIN YANKELEVITZ
  SUNSHINE REGENSTREIF & TAYLOR LLP
7  1100 Glendon Avenue, 14th Floor
  Los Angeles, California 90024-3503
8  Telephone:  (310) 500-3500
  Facsimile:  (310) 500-3501
9
  Attorneys for Plaintiff
10 TOKYO BROADCASTING SYSTEM, INC.

11  **UNITED STATES DISTRICT COURT**

12  **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  TOKYO BROADCASTING SYSTEM, INC., a Corporation registered in Japan, | LEAD CASE NO. CV 08-06550-MAN |
| 15 | |
| 16  Plaintiff, | (Consolidated with Case No. CV 08-06622-MAN) |
| 17  vs. | [Consolidated cases assigned for all purposes to Magistrate Judge Margaret A. Nagle, Courtroom 580] |
| 18  AMERICAN BROADCASTING COMPANIES, INC., et al., | |
| 19  Defendants. | **ORDER GRANTING PLAINTIFF TOKYO BROADCASTING SYSTEM, INC.'S MOTION TO COMPEL DOCUMENTS DATED AFTER THE COMPLAINT** |
| 20  AND CONSOLIDATED ACTIONS. | |
| 21 | |
| 22 | Date:         May 18, 2010 |
| 23 | Time:        10:00 a.m.<br>Department:  580 |
| 24 | Date Action Filed:      October 6, 2008 |
| 25 | Pretrial Conference:   August 31, 2011<br>Discovery Cutoff:     August 3, 2010 |
| 26 | Trial Date:                September 19, 2011 |

27

28

1    The Motion of Plaintiff Tokyo Broadcasting System, Inc. ("TBS") to Compel

2  Responses to Requests for Production of Documents and Supplemental Responses to

3  Interrogatories Propounded on Defendants American Broadcasting Companies, Inc.

4  ("ABC") and Endemol USA ("Endemol") (collectively, "Defendants") (the "Motion

5  to Compel") came on regularly for hearing on May 21, 2010 shortly after 10:00 a.m.

6  in Courtroom 580 of the above-entitled Court.

7    The Court directed the parties to meet and confer further regarding

8  Defendants' production of documents and information dated after October 6, 2008

9  (the date of the Complaint).  During a June 2, 2010 telephonic conference called by

10  the Court, the Court again directed the parties to continue the meet and confer

11  process and to lodge a mutually acceptable proposed order no later than June 9,

12  2010.

13    As a result of their meet and confer efforts, the parties have agreed upon a list

14  of categories of documents and information dated after the Complaint, as well as

15  upon a list of search terms that must be used by Defendants in their collection of

16  electronic data that is responsive to such categories.  Accordingly, the Court

17  GRANTS the Motion to Compel documents dated after the Complaint to the extent

18  as follows:

19    (a)    Defendants are ORDERED to search for and produce all non-privileged

20          documents dated after the date of the Complaint pertaining to the

21          following 7 topics:

22          1. The creation of *Wipeout* Seasons 1, 2, and 3 stunts or challenges;

23          2. The creation of *Wipeout*;

24          3. The pitch of *Wipeout* to ABC;

25          4. The casting of John Henson for *Wipeout*;

26          5. The hiring of *Wipeout* production staff members Patrick

27            Grandclaudon and CeCe Pleasants;

28  ///

6. Any use of the search terms "Takeshi's Castle," "MXC," or "Ninja Warrior" in connection with ABC's keyword advertising for *Wipeout*; and

7. The reasons, benefits and/or effect of ABC's decision to, at times, schedule and promote *Wipeout* with *I Survived a Japanese Game Show*.

(b) In collecting electronic documents from ABC and Endemol USA custodians who are likely to have documents responsive to the above seven categories, Defendants are ORDERED to use the following search terms:

1. Takeshi's;

2.  MXC;

3. "Most Extreme Elimination Challenge";

4. Sasuke;

5. Ninja;

6. Kunoichi;

7. "TBS" and "Wipeout";

8.  "TBS" and "footage";

9.  "TBS" and "obstacle";

10. "TBS" and "stunt";

11. "TBS" and "format";

12. "TBS" and "competition show";

13. "TBS" and "Japan";

14. "Tokyo Broadcasting";

15. "Japan" and "Wipeout";

16. "Japan" and "footage";

17. "Japan" and "obstacle";

18. "Japan" and "stunt";

1      19.  "Japan" and "format";

2      20.  "Japan" and "competition show";

3      21.  AdWords;

4      22.  "Keyword" and "ad";

5      23.  "Keyword" and "Wipeout";

6      24.  "pitch" within 150 words of "Wipeout";

7      25.  "John Henson" within 150 words of "cast" or "hire";

8      26.  "Grandclaudon" within 150 words of "hire";

9      27.  "Pleasants" within 150 words of "hire";

10     28.  "I Survived" within 150 words of "Wipeout";

11     29.  "JGS" within 150 words of "Wipeout";

12     30.  "Lawsuit" within 150 words of "Wipeout"; and

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1          31.  "Litigation" within 150 words of "Wipeout".

2          The foregoing limitations on any of TBS's Requests to Defendants are without

3    prejudice.

4

5    DATED:  June 21, 2010    _____

6                                         MARGARET A. NAGLE
                         UNITED STATES MAGISTRATE JUDGE

7

8    Respectfully Submitted By:

9    LINER GRODE STEIN YANKELEVITZ

10   SUNSHINE REGENSTREIF & TAYLOR LLP

11

12              By: /S/ - Stanton L. Stein
                Stanton L. Stein
13              Attorneys for Plaintiff
14              TOKYO BROADCASTING SYSTEM, INC.

15

16   Approved as to form:

17   Glaser, Weil, Fink, Jacobs,
     Howard & Shapiro, LLP
18

19              By: /S/ - Devin McRae

20              Devin McRae
21              Attorneys for Defendants
                AMERICAN BROADCASTING
22              COMPANIES, INC. AND ENDEMOL USA

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF TOKYO BROADCASTING SYSTEM, INC.'S MOTION TO COMPEL
DOCUMENTS DATED AFTER THE COMPLAINT
0060405/001/ 467153