UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6550-MAN | Date | July 21, 2010 |
|---|---|---|---|
| Title | *Tokyo Broadcasting System, Inc. v. American Broadcasting Companies, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stanton L. Stein | Devin Alexander McRae |
| Ashley R. Yeargan | Alexander M. Kargher |
| | Sean Riley |

**Proceedings:**   Follow-up Telephone Conference re the Status of Discovery

Stanton L. Stein and Ashley R. Yeargan, of Liner Grode Stein Yankelevitz Sunshine, appear telephonically on behalf of plaintiff. Alexander M. Kargher and Sean Riley, of Glaser Weil Fink Jacobs and Shapiro LLP, and Devin Alexander McRae, of Early Sullivan Wright Gizer & McRae LLP, appear telephonically on behalf of defendants.

The Court confers with counsel regarding the status of discovery.

cc:   All parties of record

:   16

Initials of Preparer   efc