1  Patricia L. Glaser, Esq., State Bar No. 55668
      pglaser@glaserweil.com
2  Sean Riley, Esq., State Bar No. 123533
      sriley@glaserweil.com
3  Alexander M. Kargher, Esq., State Bar No. 259262
      akargher@glaserweil.com
4  GLASER, WEIL, FINK, JACOBS
      HOWARD & SHAPIRO, LLP
5  10250 Constellation Blvd., 19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
7  Fax: (310) 556-2920

8  Devin A. McRae, Esq., State Bar No. 223239
      dmcrae@earlysullivan.com
9  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
10 6420 Wilshire Blvd., Suite 880
   Telephone: (323) 301-4660
11 Fax: (323) 301-4676

12 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKYO BROADCASTING SYSTEM, INC., a Corporation registered in Japan,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BROADCASTING COMPANIES, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | LEAD CASE NO. CV 08-06550-MAN<br><br>(Consolidated with Case No. CV 08-06622-MAN)<br><br>[Consolidated cases assigned for all purposes to Magistrate Judge Margaret A. Nagle, Courtroom 580]<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br><br>[Joint Stipulation Re Defendants' Motion to Compel and Declaration of Alexander M. Kargher Filed Concurrently Herewith]<br><br>Date Action Filed: October 6, 2008 |

*lodged proposed order*

FILED 2010 SEP 15 PM 4:14
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on February 1, 2010, Defendants American Broadcasting
3  Companies, Inc. ("ABC") and Endemol USA ("Endemol," jointly "Defendants")
4  hereby respectfully request that the Court order the following documents to be filed
5  under seal:

6  • TBS_00126462-TBS_00126465 [Exhibit 1, Kargher Decl.]
7  • TBS_00126455-TBS_00126456 [Exhibit 8, Kargher Decl.]
8  • TBS_00025945 [Exhibit 9, Kargher Decl.]
9  • TBS_00053403-TBS_00053404 [Exhibit 10, Kargher Decl.]
10 • TBS_00024894-TBS_00024895 [Exhibit 11, Kargher Decl.]
11 • TBS_00024896 [Exhibit 12, Kargher Decl.]
12 • TBS_00024910-TBS_00024913 [Exhibit 13, Kargher Decl.]
13 • TBS_00024898-TBS_00024902 [Exhibit 14, Kargher Decl.]
14 • TBS_00024908-TBS_00024909 [Exhibit 15, Kargher Decl.]
15 • TBS_00024905-TBS_00024907 [Exhibit 16, Kargher Decl.]
16 • TBS_00024903-TBS_00024904 [Exhibit 17, Kargher Decl.]
17 • TBS_00024922-TBS_00024923 [Exhibit 18, Kargher Decl.]
18 • TBS_00024914-TBS_00024915 [Exhibit 19, Kargher Decl.]
19 • TBS_00159981-TBS_00159982 [Exhibit 20, Kargher Decl.]

20  Good cause exists for filing these documents under seal because they discuss
21 confidential and private information that has been designated by Plaintiff Tokyo
22 Broadcasting System, Inc. as "CONFIDENTIAL" and or "HIGHLY
23 CONFIDENTIAL."

24
25 Dated: September 15, 2010          GLASER, WEIL, FINK, JACOBS,
                                       HOWARD & SHAPIRO, LLP
26
                                By:  /S/ Alexander M. Kargher
27                                   Alexander M. Kargher
                                     Attorneys for Defendants
28                                   American Broadcasting Companies,
                                     Inc. and Endemol USA

717156

2

DEFENDANTS' APPLICATION TO FILE UNDER SEAL