| | |
|---|---|
| 1 | Patricia L. Glaser, Esq., State Bar No. 55668 |
|   |    pglaser@glaserweil.com |
| 2 | Sean Riley, Esq., State Bar No. 123533 |
|   |    sriley@glaserweil.com |
| 3 | Alexander M. Kargher, Esq., State Bar No. 259262 |
|   |    akargher@glaserweil.com |
| 4 | GLASER, WEIL, FINK, JACOBS |
|   |  HOWARD & SHAPIRO, LLP |
| 5 | 10250 Constellation Blvd., 19th Floor |
|   | Los Angeles, California 90067 |
| 6 | Telephone: (310) 553-3000 |
|   | Fax: (310) 556-2920 |
| 7 | |
| 8 | Devin A. McRae, Esq., State Bar No. 223239 |
|   |    dmcrae@earlysullivan.com |
|   | EARLY SULLIVAN WRIGHT |
| 9 |  GIZER & McRAE LLP |
|   | 6420 Wilshire Blvd., Suite 880 |
| 10 | Telephone: (323) 301-4660 |
|   | Fax: (323) 301-4676 |
| 11 | |
| 12 | Attorneys for Defendants |
| 13 | Stanton L. Stein, Esq. (SBN: 45997) |
|   |    lstein@linerlaw.com |
| 14 | Edward A. Klein, Esq. (SBN: 145736) |
|   |    eklein@linerlaw.com |
| 15 | Ashley R. Yeargan, Esq. (SBN: 259523) |
|   |    ayeargan@linerlaw.com |
| 16 | LINER GRODE STEIN YANKELEVITZ |
|   | SUNSHINE REGENSTREIF & TAYLOR LLP |
| 17 | 1100 Glendon Avenue, 14th Floor |
|   | Los Angeles, California 90024-3503 |
| 18 | Telephone: (310) 500-3500 |
|   | Facsimile: (310) 500-3501 |
| 19 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOKYO BROADCASTING SYSTEM, INC., a Corporation registered in Japan, | LEAD CASE NO. CV 08-06550-MAN |
| Plaintiff, | (Consolidated with Case No. CV 08-06622-MAN) |
| vs. | |
| AMERICAN BROADCASTING COMPANIES, INC., et al., | [Consolidated cases assigned for all purposes to Magistrate Judge Margaret A. Nagle, Courtroom 580] |
| Defendants. | **ORDER TO CONTINUE CASE DEADLINES** |
| AND CONSOLIDATED ACTIONS. | |

LEAD CASE NO. CV 08-06550-MAN

[PROPOSED] ORDER TO CONTINUE CASE DEADLINES

0060405/001/ 480765v01

) Date Action Filed:    October 6, 2008

# ORDER

There being good cause, as set forth in the Stipulation lodged by Plaintiff Tokyo Broadcasting System, Inc. and Defendants American Broadcasting Companies, Inc. and Endemol USA (collectively, the "Parties") on November 17, 2010 in the above-captioned action (the "Action"), it is hereby ordered that:

1. Phase I dates be set and continued as follows:
   - Initial Expert Disclosures:  December 6, 2010
   - Rebuttal Expert Disclosures:  February 14, 2011
   - Expert Discovery Completion Date:  March 11, 2011
   - Mediation Completion Date:  March 21, 2011
   - Motions for Summary Judgment to be filed by:  April 4, 2011
   - Last day for hearing Summary Judgment Motion:  May 3, 2011

2. Phase II dates be set and continued as follows:
   - Fact Discovery Cut-off:  September 2, 2011
   - Initial Expert Disclosures:  September 30, 2011
   - Rebuttal Expert Disclosure:  October 28, 2011
   - Expert Discovery Completion Date:  November 9, 2011
   - **Mediation Completion Date:  November 30, 2011**
   - Pre-Trial Conference:  January 3, 2012
   - Jury Trial:  January 17, 2012

Dated: ___12/17/10_____        _____
                                     The Honorable Margaret A. Nagle
                                     United States Magistrate Judge