1  Stanton L. Stein, Esq. (SBN: 45997)
      lstein@linerlaw.com
2  Edward A. Klein, Esq. (SBN: 145736)
      eklein@linerlaw.com
3  Ashley R. Yeargan, Esq. (SBN: 259523)
      ayeargan@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
7
   Attorneys for Plaintiff
8
   Patricia L. Glaser, Esq., State Bar No. 55668
9     pglaser@glaserweil.com
   Sean Riley, Esq., State Bar No. 123533
10    sriley@glaserweil.com
   Alexander M. Kargher, Esq., State Bar No. 259262
11    akargher@glaserweil.com
   GLASER, WEIL, FINK, JACOBS
12   HOWARD & SHAPIRO, LLP
   10250 Constellation Blvd., 19th Floor
13 Los Angeles, California 90067
   Telephone: (310) 553-3000
14 Fax: (310) 556-2920

15 Devin A. McRae, Esq., State Bar No. 223239
      dmcrae@earlysullivan.com
16 EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
17 6420 Wilshire Blvd., Suite 880
   Telephone: (323) 301-4660
18 Fax: (323) 301-4676

19 Attorneys for Defendants

20               **UNITED STATES DISTRICT COURT**

21               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  TOKYO BROADCASTING SYSTEM, INC., a Corporation registered in Japan, | LEAD CASE NO.  CV 08-06550-MAN |
| 23          Plaintiff, | (Consolidated with Case No. CV 08-06622-MAN) |
| 24     vs. | |
| 25  AMERICAN BROADCASTING COMPANIES, INC., et al., | [Consolidated cases assigned for all purposes to Magistrate Judge Margaret A. Nagle, Courtroom 580] |
| 26          Defendants. | |
| 27 | **[PROPOSED] ORDER TO CONTINUE CASE DEADLINES** |
| 28  AND CONSOLIDATED ACTIONS. | |
| | Date Action Filed:    October 6, 2008 |

LEAD CASE NO.  CV 08-06550-MAN
[PROPOSED] ORDER TO CONTINUE CASE DEADLINES

0060405/001/ 485138v01

# ~~[PROPOSED]~~ ORDER

There being good cause, as set forth in the Stipulation lodged by Plaintiff Tokyo Broadcasting System, Inc. and Defendants American Broadcasting Companies, Inc. and Endemol USA (collectively, the "Parties") on January 19, 2011 in the above-captioned action (the "Action"), it is hereby ordered that:

1. Phase I dates be set and continued as follows:
   - Initial Expert Disclosures:  December 6, 2010
   - Rebuttal Expert Disclosures:  February 21, 2011
   - Expert Discovery Completion Date:  March 11, 2011
   - Mediation Completion Date:  March 21, 2011
   - Motions for Summary Judgment to be filed by:  April 4, 2011
   - Oppositions to Motions for Summary Judgment to be filed by:  April 20, 2011
   - Replies to Motions for Summary Judgment to be filed by:  May 6, 2011
   - Last day for hearing Summary Judgment Motions:  May 24, 2011

2. Phase II dates shall be kept as set forth in the Court's December 17, 2010 Order.

Dated: January 19, 2011

*Margaret A. Nagle*
_____
The Honorable Margaret A. Nagle
United States Magistrate Judge