
| | |
|---|---|
| 1 | Stanton L. Stein, Esq. (SBN: 45997) |
|   | lstein@linerlaw.com |
| 2 | Edward A. Klein, Esq. (SBN: 145736) |
|   | eklein@linerlaw.com |
| 3 | Ashley R. Yeargan, Esq. (SBN: 259523) |
|   | ayeargan@linerlaw.com |
| 4 | LINER GRODE STEIN YANKELEVITZ |
|   | SUNSHINE REGENSTREIF & TAYLOR LLP |
| 5 | 1100 Glendon Avenue, 14th Floor |
|   | Los Angeles, California 90024-3503 |
| 6 | Telephone: (310) 500-3500 |
|   | Facsimile: (310) 500-3501 |
| 7 | |
| 8 | Attorneys for Plaintiff |
|   | TOKYO BROADCASTING SYSTEM TELEVISION, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKYO BROADCASTING SYSTEM TELEVISION, INC., a Corporation registered in Japan, | LEAD CASE NO. CV 08-06550-MAN |
| Plaintiff, | (Consolidated with Case No. CV 08-06622-MAN) |
| vs. | [Consolidated cases assigned for all purposes to Magistrate Judge Margaret A. Nagle, Courtroom 580] |
| AMERICAN BROADCASTING COMPANIES, INC., et al., | **PLAINTIFF'S NOTICE OF LODGING** |
| Defendants. | Date: May 24, 2011 |
| AND CONSOLIDATED ACTIONS. | Time: 10:00 a.m. |
| | Judge: Hon. Margaret A. Nagle |
| | Courtroom: 580 |
| | Date Action Filed: October 6, 2008 |

LEAD CASE NO. CV 08-06550-MAN
PLAINTIFF'S NOTICE OF LODGING

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that plaintiff Tokyo Broadcasting System Television, Inc. ("Plaintiff"), in compliance with the Court's Order dated May 6, 2011 attached hereto as Exhibit A, hereby lodges the following documents in connection with Plaintiff's Opposition to Defendants' Motion for Summary Judgment. True and correct copies of these documents will be lodged with the Court pursuant to L.R. 79-5.1:

A. Portions of the transcript of the July 23, 2010 deposition of David Goldberg (Klein Decl., Ex. 7).

B. Portions of the transcript of the June 16, 2010 deposition of Matthew Kunitz (Klein Decl., Ex. 9).

C. March 8, 2006 agreement between Endemol USA Inc. and Pulse Creative f/s/o Matt Kunitz, which was introduced as Exhibit 583 during the June 16, 2010 deposition of Matthew Kunitz (Klein Decl., Ex. 17).

Dated: May 13, 2011

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP


By: /s/ Edward A. Klein
Edward A. Klein
Attorneys for Plaintiff
TOKYO BROADCASTING
SYSTEM TELEVISION, INC.

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-06550-MAN | Date | May 6, 2011 |
|---|---|---|---|

| Title | Tokyo Broadcasting System, Inc. v. American Broadcasting Companies, Inc., *et al.* |
|---|---|

Present: The Honorable   MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) Order

The Court has received and reviewed the Declaration of Evan M. Sherman and attached exhibits in support of plaintiff's April 20, 2011 application to file certain exhibits under seal. It appears, at this time, that defendants have established compelling reasons, supported by competent evidence, for filing Exhibit 7 (pp. 145-148), Exhibit 9 (pp. 41-42, 50), and the entirety of Exhibit 17 under seal.

Accordingly, **IT IS ORDERED** that Exhibit 7 (pp. 145-148), Exhibit 9 (pp. 41-42, 50), and the entirety of Exhibit 17 shall be filed under seal.

cc:     All Parties of Record

Initials of Preparer     efc