UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6550-MAN | Date | September 21, 2011 |
|---|---|---|---|
| Title | *Tokyo Broadcasting System, Inc. v. American Broadcasting Companies, Inc., et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stanton L. Stein<br>Edward A. Klein<br>Ashley R. Yeargan<br>Masahisa Mitsunaga | Sean Riley<br>Devin Alexander McRae |

**Proceedings:**     Settlement Conference

The case is called.   Stanton L. Stein, Edward A. Klein, Ashley R. Yeargan and Masahisa Mitsunaga, of Liner Grode Stein Yankelevitz, Sunshine Regenstreif +Taylor LLP, appear on behalf of plaintiff, along with client representatives Ichiro Nobukuni, Managing Director of Tokyo Broadcasting System Television, Inc.; Masayuki Uei, Director, Legal & Business Affairs of Tokyo Broadcasting System Television, Inc.; Mitsuo Moriya, Vice President, Legal & Business Affairs of Tokyo Broadcasting System Television, Inc; and Makito (Mac) Sugiyama, Chief/International Program Sales/Vice President of Tokyo Broadcasting System Television, Inc.  Sean Riley, of Glaser Weil Fink Jacobs Howard Avchen and Shapiro LLP, and Devin Alexander McRae, of Early Sullivan Wright Gizer & McRae LLP, appear on behalf of defendants, along with client representative John Farrell, General Counsel for Endemol, and Russell Hickey, Senior Claims Specialist with Axis Insurance, insurance carrier for Endemol; Jean E. Zoelier, Esq., Vice President, Litigation & Employment Practices, for American Broadcasting Companies, Inc. and Daniel Godsill, Complex Claim Director for Chartis, insurance carrier for American Broadcasting Companies, Inc.; and Matthew Fischer, of Sedgwick.

The settlement conference is conducted off the record.

There is no settlement at this time.

cc:     All parties of record

|  | 10 | : | 30 |
|---|---|---|---|
| Initials of Preparer | efc | | |